**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**José Juan MARTINEZ–GUEVARA,**
**Defendant–Appellant.**

**No. 07–50560.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 18, 2008.*

Filed July 3, 2008.

Valerie H. Chu, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Timothy R. Garrison, Janet C. Tung, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

## MEMORANDUM **

José Martinez–Guevara appeals the sentence imposed upon revocation of his supervised release. He contends that the district court's judicial fact findings in support of the revocation sentence were unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In *United States v. Huerta–Pimental* we upheld the constitutionality of the supervised release scheme set forth in 18 U.S.C. § 3583. *United States v. Huerta–Pimental*, 445 F.3d 1220, 1221 (9th Cir.), *cert. denied,* ―― U.S. ――, 127 S.Ct. 545, 166 L.Ed.2d 403 (2006). Martinez–Guevara contends that *Huerta–Pimental* was undercut by *Cunningham v. California*, 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007) (invalidating California's determinate sentencing law), and no longer is good law. This contention is foreclosed by

*United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

